IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00496-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUBEN ZARAGOZA

        Defendant.

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE**

        This matter is before the Court on the report of the probation officer regarding the Petition on Supervised Release filed on December 16, 2011, and the Court now being advised that the pending charges in Elbert County Combined Court Cases 2011-M-172 and 2011-CR-88 are being dismissed, which is the only basis for violation of supervised release. Accordingly, it is

        **ORDERED** that the Petition on Supervised Release be dismissed and that any Summons issued pursuant to the Order [#49] is quashed. It is

        **FURTHER ORDERED** that Supervised Release Violation Hearing scheduled for March 16, 2012, be vacated.

        **DATED** at Denver, Colorado, this 7th day of March, 2012.

        **BY THE COURT:**

*Marcia S. Krieger*
_____

        Marcia S. Krieger
        United States District Judge